IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No. 3:22-cv-00351-RJC-DCK

| | |
|---|---|
| JESSE SHUTE,<br><br>    Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, NATIONAL ASSOCIATION and<br>METROPOLITAN LIFE INSURANCE COMPANY,<br><br>    Defendants. | **NOTICE OF SETTLEMENT** |

NOW COME Plaintiff Jesse Shute and Defendants Bank of America, National Association ("Bank of America") and Metropolitan Life Insurance Company ("MetLife") by and through their undersigned counsel and give notice that the above-captioned case has been settled in principal. The parties are working to finalize a written settlement agreement. Once the settlement has been consummated, the parties will file a stipulation of dismissal with prejudice with the Court.

Respectfully submitted this the 28th day of September, 2022.

(*signature page to follow*)

| | |
|---|---|
| MARCELLINO & TYSON, PLLC | WOMBLE BOND DICKINSON (US) LLP |
| | |
| */s/ Bryan L. Tyson* | */s/ Sonny S. Haynes* |
| Bryan L. Tyson | Sonny S. Haynes |
| N.C. State Bar No.32182 | N.C. State Bar No. 41303 |
| Hannah Auckland | |
| N.C. State Bar No. 35953 | |
| | |
| 2820 Selwyn Ave., Suite 350 | One West Fourth Street |
| Charlotte, NC 28209 | Winston-Salem, NC 27101 |
| Telephone: (704) 919-1519 | Telephone: (336) 721-3632 |
| Facsimile: (980)219-7025 | Facsimile: (336) 726-2227 |
| Email: bryan@yourncattorney.com | Email: Sonny.Haynes@wbd-us.com |
| Email: hauckland@yourncattorney.com | |
| | |
| *Attorneys for Plaintiff Jesse Shute* | *Attorneys for Defendants Bank of America, N.A. and Metropolitan Life Insurance Company* |

2

# CERTIFICATE OF SERVICE

This is to certify that on September 28, 2022, a copy of the foregoing document was filed electronically with the Clerk of Court using CM/ECF system with notice of case activity to be generated and sent electronically by the Clerk of Court to the following parties registered to receive such service:

    Bryan L. Tyson, Esq.
    Hannah Auckland, Esq.
    Marcellino & Tyson, PLLC
    2820 Selwyn Ave., Suite 350
    Charlotte, NC 28209
    Email: bryan@yourncattorney.com
    Email: hauckland@yourncattorney.com

    *Attorneys for Plaintiff*

WOMBLE BOND DICKINSON (US) LLP

*/s/ Sonny S. Haynes*
Sonny S. Haynes
N.C. State Bar No. 41303
One West Fourth Street
Winston-Salem, NC 27101
Telephone: (336) 721-3632
Facsimile: (336) 726-2227
Email: Sonny.Haynes@wbd-us.com

*Attorneys for Bank of America, N.A. and Metropolitan Life Insurance Company*