**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:22-CV-351-RJC-DCK**

| | | |
|---|---|---|
| **JESSE SHUTE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **BANK OF AMERICA, NATIONAL** | ) | |
| **ASSOCIATION, and METROPOLITAN** | ) | |
| **LIFE INSURANCE COMPANY,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding settlement of this case. The parties filed a "Notice Of Settlement" (Document No. 18) notifying the Court that the parties reached a settlement. The Court commends counsel and the parties for their efforts in resolving this matter.

**IT IS, THEREFORE, ORDERED** that the parties shall file a Stipulation of Dismissal in this case, or in the alternative request an extension of time to file such dismissal, on or before **October 28, 2022**.

**IT IS FURTHER ORDERED** that "Plaintiff's Motion To Remand For Lack Of Subject Matter Jurisdiction And Motion For Attorneys' Fees" (Document No. 12) is **DENIED as moot, without prejudice**. Plaintiff may refile this motion on or before **November 30, 2022** if the settlement fails and a Stipulation of Dismissal is not filed by the above-mentioned deadline.

**IT IS FURTHER ORDERED** that "Plaintiff's Motion For Limited Jurisdictional Discovery" (Document No. 13) is **DENIED as moot, without prejudice**. Plaintiff may refile this

motion on or before **November 30, 2022** if the settlement fails and a Stipulation of Dismissal is

not filed by the above-mentioned deadline.

      **SO ORDERED**.

Signed: September 28, 2022

David C. Keesler
United States Magistrate Judge