IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No. 3:22-cv-00351-RJC-DCK

| | |
|---|---|
| JESSE SHUTE,<br><br>    Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, NATIONAL ASSOCIATION and METROPOLITAN LIFE INSURANCE COMPANY,<br><br>    Defendants. | **STIPULATION OF DISMISSAL WITH PREJUDICE** |

NOW COME Plaintiff Jesse Shute and Defendants Bank of America, National Association and Metropolitan Life Insurance Company and stipulate that the above-styled action shall be dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Each party shall bear his/its own costs and expenses of litigation.

Respectfully submitted this the 24th day of October, 2022.

(*signature page to follow*)

| | |
|---|---|
| MARCELLINO & TYSON, PLLC | WOMBLE BOND DICKINSON (US) LLP |
| | |
| */s/ Bryan L. Tyson* | */s/ Sonny S. Haynes* |
| Bryan L. Tyson | Sonny S. Haynes |
| N.C. State Bar No.32182 | N.C. State Bar No. 41303 |
| Hannah Auckland | |
| N.C. State Bar No. 35953 | |
| | |
| 2820 Selwyn Ave., Suite 350 | One West Fourth Street |
| Charlotte, NC 28209 | Winston-Salem, NC 27101 |
| Telephone: (704) 919-1519 | Telephone: (336) 721-3632 |
| Facsimile: (980)219-7025 | Facsimile: (336) 726-2227 |
| Email: bryan@yourncattorney.com | Email: Sonny.Haynes@wbd-us.com |
| Email: hauckland@yourncattorney.com | |
| | |
| *Attorneys for Plaintiff Jesse Shute* | *Attorneys for Defendants Bank of America, N.A. and Metropolitan Life Insurance Company* |

## CERTIFICATE OF SERVICE

This is to certify that on October 24, 2022, a copy of the foregoing document was filed electronically with the Clerk of Court using CM/ECF system with notice of case activity to be generated and sent electronically by the Clerk of Court to the following parties registered to receive such service:

Bryan L. Tyson, Esq.
Hannah Auckland, Esq.
Marcellino & Tyson, PLLC
2820 Selwyn Ave., Suite 350
Charlotte, NC 28209
Email: bryan@yourncattorney.com
Email: hauckland@yourncattorney.com

*Attorneys for Plaintiff*

WOMBLE BOND DICKINSON (US) LLP

*/s/ Sonny S. Haynes*
Sonny S. Haynes
N.C. State Bar No. 41303
One West Fourth Street
Winston-Salem, NC 27101
Telephone: (336) 721-3632
Facsimile: (336) 726-2227
Email: Sonny.Haynes@wbd-us.com

*Attorneys for Bank of America, N.A. and Metropolitan Life Insurance Company*